# EXHIBIT A

ciao

-----Messaggio originale-----
Da: John Carroll
Inviato: mercoledì 6 dicembre 2017 13:00
A: alessandro silva / montiantonio spa
Oggetto: Re: REF.2364/AS-COMPENSATIONS

Hi Alessandro:

Can you please let me know the details of

1. Spare parts and various to Sublitech 12,247.62

    Is this AFTER my payment of yesterday is applied?
    Please send a list of the open invoices as on my books I do not show that amount remaining
    For these items I will not compensate -but send a transfer

2. Quantum is separate and I will not use compensation - will send $ shortly.

3. I will use mostly compensation for
   (2030)= 30,190
   (SGIA - 91-3600 Lake Graphics) = 73,700 EURO
   (SGIA 855 for Calcomp/Thorugh 6) = 56,900 EURO

TOTAL= 160,790

In addition to the due commissions for machines of about 124,000 EURO , there is also about 9,500 EURO for your share of the SGIA and then some decent commissions for spare parts which I will ask Davide to calculate at the end of December.

Since, we invoiced the SGIA machines including my commission,, please go ahead and send those commission calculations so I can apply this year.

i'll fine tune this calculation and then send some partial payment for the 855 so everything is wiped out.

JC

PS - As I said, I am trying to invoice everything I can in 2017 as I am finalizing an application for a line of credit with my bank for Sublitech. This will help me a lot in managing the payment of so many bills for import of machines...

PSS - Did you see the mailer I sent out to my customers? You can see I have quite a bit of used equipment to sell - but, I am always pushing new...
    One thing I want to discuss with you and Denis is the new conversion package of drive/motors on old machines. I am holding the 91-3600 I bought from Orbus for this purpose.


JC



> On Dec 6, 2017, at 4:10 AM, alessandro silva / montiantonio spa wrote:
>
> Ciao John