# EXHIBIT B





**Da:** alessandro silva / montiantonio spa [mailto:
**Inviato:** giovedì 24 gennaio 2019 22:23
**A:** 'John Carroll' <                    >
**Oggetto:** R: Very very very urgent!!!!!!! - Machine Delivery

Ciao John

I feel it is better to talk next week after i'm back in monti.
There are many projects

ciao

---

**Da:** John Carroll [mailto:
**Inviato:** giovedì 24 gennaio 2019 15:43
**A:** alessandro silva / montiantonio spa <                    >
**Oggetto:** Re: Very very very urgent!!!!!!! - Machine Delivery

Alessandro:

I am not able to continue.

I have severe financial problems which have grown over time.

> On Jan 24, 2019, at 1:46 PM, alessandro silva / montiantonio spa
> <                    > wrote:

*1*

Ciao john

I need your comments before replying them.
I will try to do as I did with PD Instore.....

I need to know what happened and if you also have a downpayment

But if you do not reply me, I will be forced to reply them in any case, and it might be worst as I do not know the story

Pls let me know
ciao

**Da:** alessandro silva / montiantonio spa [mailto:███]
**Inviato:** giovedì 24 gennaio 2019 10:44
**A:** John Carroll <███>; Sublitech John Carroll <███>
**Oggetto:** Very very very urgent!!!!!!! - Machine Delivery

John

Is this another disaster??????

Alessandro Silva
Sales Director
MONTI ANTONIO SPA


Il

> **Da:** Joe Rees <███>
> **Inviato:** giovedì 24 gennaio 2019 16:06
> **A:** allessandro.silva███
> **Cc:** ███
>
> **Oggetto:** Monte Antonio - Machine Delivery
>
> Allessandro,
>
> Who can we talk to about the timing of a machine that we have on ordered from your company on Aug 22, 2018 (PO: 18-98025).
>
> - 950-2600 Thermoprinting Calender
>
> We are having considerable trouble getting answers from your US representative, Sublitech.
>
> Sure would appreciate the assistance.
>
> Joe
>
> Joe Rees - Director of R&D and Manufacturing Technology
> o: 706.529.2100 ███
> e: ███
> jjflooringgroup.com
>
> J+J Flooring Group
> 818 J&J Drive
> PO Box 1287
> Dalton, GA 30722

Celebrating 60 years of innovative floor covering solutions!

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please notify the sender immediately. J+J Flooring Group does not provide or endorse opinions, conclusions or other information in this message that do not relate to the official business of the company.