# EXHIBIT C


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/equipment-heat-presses-monti-antonio |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:04:10 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:04:45 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 4b5af6ad-4a78-48b1-ba6c-7ca19287bd44 |
| User: | pb-mlyon |



PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

SEARCH...

SHOPPING CART

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO

# Monti Antonio

**MONTI ANTONIO MOD. 75T**
$0.00

**MONTI ANTONIO MOD. 853**
$0.00

**MONTI ANTONIO MOD. 90S**
$0.00

**MONTI ANTONIO MOD. 901**
$0.00

**MONTI ANTONIO MOD. 91**
$0.00

**MONTI ANTONIO MOD. 855**
$0.00

**MONTI ANTONIO MOD. 902**
$0.00

**MONTI ANTONIO MOD. 95**
$0.00

**MONTI ANTONIO MOD. 97/99**
$0.00

PREVIOUS **1** 2 NEXT

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT  ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/equipment-heat-presses-monti-antonio?page=2 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:17:05 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:17:17 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 96187a8a-91c5-41fb-8859-b8684c4a3847 |
| User: | pb-mlyon |

# SUBLITECHstore

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

🔍 SEARCH... ✛

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO

## Monti Antonio



MONTI ANTONIO MOD. 108
$0.00

MONTI ANTONIO MOD. 9009
$0.00

MONTI ANTONIO MOD. 9010
$0.00

MONTI ANTONIO MOD. 200
$0.00

MONTI ANTONIO MOD. 77/78
$0.00

MONTI ANTONIO MOD. 76
$0.00

MONTI ANTONIO MOD. 75
$0.00

MONTI ANTONIO MOD. 72
$0.00

MONTI ANTONIO MOD. 70/73
$0.00

PREVIOUS 1 **2** NEXT

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.

Document title: Monti Antonio : Sublitech Americas Inc.
Capture URL: http://store.sublitechamericas.com/equipment-heat-presses-monti-antonio?page=2
Capture timestamp (UTC): Tue, 13 Aug 2019 20:17:17 GMT
Page 1 of 1



WEBPAGE CAPTURES FOR LEGAL USE

| Document title: | Heat Presses : Sublitech Americas Inc. |
| --- | --- |
| Capture URL: | http://store.sublitechamericas.com/equipment-heat-presses?page=1 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:21:19 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:21:27 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | dca671a4-04ca-4a4f-a5fe-f930d431a318 |
| User: | pb-mlyon |

PDF REFERENCE #:     fwLHiujRNMXwP5cFsRHgtM

PRODUCTS ▾     WELCOME TO     CONTACT US     PROMOTIONS
                OUR STORE

🔍 SEARCH... ✦

🏠 / EQUIPMENT / HEAT PRESSES

SHOPPING CART 🛒

# Heat Presses

Subcategories: Monti Antonio

YOUR CART IS EMPTY



**MONTI ANTONIO MOD. 75T**
$0.00

**MONTI ANTONIO MOD. 853**
$0.00

**MONTI ANTONIO MOD. 90S**
$0.00

**MONTI ANTONIO MOD. 901**
$0.00

**MONTI ANTONIO MOD. 91**
$0.00

**MONTI ANTONIO MOD. 855**
$0.00

**MONTI ANTONIO MOD. 902**
$0.00

**MONTI ANTONIO MOD. 95**
$0.00

**MONTI ANTONIO MOD. 97/99**
$0.00

SUBTOTAL

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

PREVIOUS **1** 2 3 NEXT

SUBLITECH AMERICAS INC.                    MON - SAT: 9AM-9PM
                                                      803 684-2321
CHARLOTTE, NC 28205              JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED

Document title: Heat Presses : Sublitech Americas Inc.
Capture URL: http://store.sublitechamericas.com/equipment-heat-presses?page=1
Capture timestamp (UTC): Tue, 13 Aug 2019 20:21:27 GMT
Page 1 of 1



WEBPAGE CAPTURES FOR LEGAL USE

| Document title: | Heat Presses : Sublitech Americas Inc. |
| --- | --- |
| Capture URL: | http://store.sublitechamericas.com/equipment-heat-presses?page=2 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:21:35 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:21:42 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 23759a1c-138b-4c87-bcba-42af31503060 |
| User: | pb-mlyon |

PDF REFERENCE #:     ockMp6i9xznL6xLKcMBnCC

**SUBLITECHstore**

PRODUCTS ▼     WELCOME TO OUR STORE     CONTACT US     PROMOTIONS

🔍 SEARCH...

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES

# Heat Presses

Subcategories: Monti Antonio



**MONTI ANTONIO MOD. 96/98**
$0.00

**MONTI ANTONIO MOD. 108**
$0.00

**MONTI ANTONIO MOD. 9009**
$0.00

**MONTI ANTONIO MOD. 9010**
$0.00

**MONTI ANTONIO MOD. 200**
$0.00

**MONTI ANTONIO MOD. 77/78**
$0.00

**MONTI ANTONIO MOD. 76**
$0.00

**MONTI ANTONIO MOD. 75**
$0.00

**MONTI ANTONIO MOD. 72**
$0.00

PREVIOUS 1 **2** 3 NEXT

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED

Document title: Heat Presses : Sublitech Americas Inc.
Capture URL: http://store.sublitechamericas.com/equipment-heat-presses?page=2
Capture timestamp (UTC): Tue, 13 Aug 2019 20:21:42 GMT
Page 1 of 1


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/equipment-heat-presses-monti-antonio |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:29:21 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:29:29 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 3cd39964-a506-48d1-8dbd-19387d4e9672 |
| User: | pb-mlyon |

# SUBLITECH store

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO

## Monti Antonio



**MONTI ANTONIO MOD. 75T**
$0.00

**MONTI ANTONIO MOD. 853**
$0.00

**MONTI ANTONIO MOD. 90S**
$0.00

**MONTI ANTONIO MOD. 901**
$0.00

**MONTI ANTONIO MOD. 91**
$0.00

**MONTI ANTONIO MOD. 855**
$0.00

**MONTI ANTONIO MOD. 902**
$0.00

**MONTI ANTONIO MOD. 95**
$0.00

**MONTI ANTONIO MOD. 97/99**
$0.00

PREVIOUS **1** 2 NEXT

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.