# EXHIBIT D


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio 91-2000 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-91-2000/dp/226 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 19:58:43 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:03:13 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 14a72219-58b5-4159-bad9-456af11427f2 |
| User: | pb-mlyon |

# SUBLITECH store

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

SEARCH... +

🏠 / PRE-OWNED EQUIPMENT / HEAT PRESSES / MONTI ANTONIO 91-2000

SHOPPING CART 🛒



Save
Like 0   Tweet

## Monti Antonio 91-2000

MONTI ANTONIO 91-2000 - PRE-OWNED 1

### $42,500.00

Available for order

**ADD TO WISH LIST**    **ADD TO CART**

PRODUCT DESCRIPTION

Serial #: 91-242
220-3-60HZ

This extensive range of calenders has been designed for continuous printing of curtains, furnishing fabrics and non-wovens, but also limited runs of promotional materials, narrow fabrics and ribbons. All of these machines can be used additionally for heatsetting fabrics and "crush" effects, likewise for reactivating inks applied direct to textiles by digital plotters or screen printing machines.

YOUR CART IS EMPTY

SUBTOTAL

**CHECK OUT →**

**EDIT CART**

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio Mod. 75T : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-75t/dp/277 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:04:58 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:05:08 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 14b8e2cf-ad70-4b88-b5e4-0a453714ca72 |
| User: | pb-mlyon |

# SUBLITECH store

LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 75T



## Monti Antonio Mod. 75T

*MONTI ANTONIO MOD. 75T*

### $0.00
Available for order

**ADD TO WISH LIST**    **ADD TO CART**

PRODUCT DESCRIPTION

Special calendar for continuous transfer printing on cut pieces and roll-fed fabrics.

Versions: 1800 mm

Mod. 75T - 200 mm

Contact us for pricing information

📌 Save
👍 Like 0   🐦 Tweet

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio Mod. 853 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-853/dp/281 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:05:45 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:06:14 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | ff4c19c7-ef13-4449-8c4f-b2abf55050d1 |
| User: | pb-mlyon |

# SUBLITECH store

LOGIN / REGISTER

PRODUCTS  WELCOME TO  CONTACT US  PROMOTIONS
OUR STORE

SEARCH...

SHOPPING CART

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 853



Save
Like 0  Tweet

## Monti Antonio Mod. 853
*MONTI ANTONIO MOD. 853*

## $0.00
Available for order

**ADD TO WISH LIST**  **ADD TO CART**

PRODUCT DESCRIPTION

Special calendar for continous transfer priting on cut pieces and roll-fed fabrics.

Versions: 1800 mm

Mod. 853 - 350 mm

Please call for pricing information.

YOUR CART IS EMPTY

SUBTOTAL

**CHECK OUT ⟶**

**EDIT CART**

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 90S : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-90s/dp/283 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:10:25 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:10:36 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 7185ae55-c484-4dff-88a3-be8645c236d6 |
| User: | pb-mlyon |

PRODUCTS ▾    WELCOME TO    CONTACT US    PROMOTIONS
OUR STORE

🔍 SEARCH...    +

SHOPPING CART    🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 90S



## Monti Antonio Mod. 90S

*MONTI ANTONIO MOD. 90S*

### $0.00

Available for order

YOUR CART IS EMPTY

ADD TO WISH LIST    ADD TO CART

SUBTOTAL

PRODUCT DESCRIPTION

Double press for transfer and laminating.

Versions: (1300 mm x 900mm) x 2, (1500 mm x 1000 mm) x 2,
(1800 mm x 1300 mm) x 2

Contact us for pricing information

CHECK OUT    ⟶

EDIT CART

📌 Save

👍 Like 0    🐦 Tweet

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.                    MON - SAT: 9AM-9PM
CHARLOTTE, NC 28205                                803 684-2321
                              JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 901 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-901/dp/284 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:10:50 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:10:59 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 595f401b-257c-4a9a-a33d-1b4bb52d605b |
| User: | pb-mlyon |

# SUBLITECH store

LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO    CONTACT US    PROMOTIONS
OUR STORE

🔍 SEARCH...    ＋

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 901

SHOPPING CART 🛒



## Monti Antonio Mod. 901

*MONTI ANTONIO MOD. 901*

## $0.00

Available for order

YOUR CART IS EMPTY

[ ADD TO WISH LIST ]    [ ADD TO CART ]

SUBTOTAL

**PRODUCT DESCRIPTION**

Calendar for transfer printing, reactivation, and "crush" heatsetting.

Versions: 2000 mm, 2600 mm, 3000 mm, 3600 mm

Mod. 901 - 350 mm

Please call for pricing information.

CHECK OUT  ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

Save

👍 Like 0    🐦 Tweet

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.


| | |
|---|---|
| Document title: | Monti Antonio Mod. 91 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-91/dp/285 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:11:58 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:12:06 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 948acb5c-7e30-4b3b-a9dd-8878260949e1 |
| User: | pb-mlyon |



SUBLITECHstore

PRODUCTS ▾   WELCOME TO OUR STORE   CONTACT US   PROMOTIONS

SEARCH... +

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 91

SHOPPING CART 🛒

# Monti Antonio Mod. 91
MONTI ANTONIO MOD. 91

**$0.00**
Available for order

YOUR CART IS EMPTY

ADD TO WISH LIST    ADD TO CART

SUBTOTAL

**PRODUCT DESCRIPTION**

Calendar for transfer printing, reactivation, and "crush" heatsetting.

Versions: 2000 mm, 2600 mm, 3000 mm, 3600 mm, 4400 mm, 5200 mm

Mod. 91 - 500 mm

Contact us for pricing information

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

Save
👍 Like 0   🐦 Tweet

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 855 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-855/dp/234 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:12:18 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:12:26 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 5005a45a-c089-46e4-85a4-b1e422ae2a71 |
| User: | pb-mlyon |



# SUBLITECH store

LOGIN / REGISTER

PRODUCTS ▾     WELCOME TO
OUR STORE     CONTACT US     PROMOTIONS

SEARCH...     +

SHOPPING CART     🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 855

## Monti Antonio Mod. 855

*MONTI ANTONIO MOD. 855*

## $0.00

Available for order

ADD TO WISH LIST     ADD TO CART

**PRODUCT DESCRIPTION**

Special calendar for continuous transfer printing on cut pieces and
roll-fed fabrics.

Versions: 2200 mm

Mod. 855 - 500 mm

Save
👍 Like 0     🐦 Tweet

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 902 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-902/dp/379 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:12:32 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:12:40 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 3b94e977-931f-4210-879e-7b95944eb8b6 |
| User: | pb-mlyon |

# SUBLITECHstore



## Monti Antonio Mod. 902

*MONTI ANTONIO MOD. 902*

### $0.00

Available for order

**ADD TO WISH LIST**    **ADD TO CART**

YOUR CART IS EMPTY

SUBTOTAL

PRODUCT DESCRIPTION

Calendar for transfer printing, reactivation, and "crush" heatsetting.

Versions: 2000 mm, 2600 mm, 3000 mm, 3600 mm, 4400 mm, 5200 mm

Mod. 902 - 1000 mm

Contact us for pricing information

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

📌 Save

👍 Like 0   🐦 Tweet

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 97/99 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-97-99/dp/382 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:13:37 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:13:45 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 9c301e7e-890d-4db0-bbd6-0f2da89cfc8c |
| User: | pb-mlyon |



SUBLITECHstore

PRODUCTS ▾     WELCOME TO     CONTACT US     PROMOTIONS
                OUR STORE

SEARCH...                    +

SHOPPING CART

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 97/99

## Monti Antonio Mod. 97/99
*MONTI ANTONIO MOD. 97/99*

YOUR CART IS EMPTY

$0.00
Available for order

[ ADD TO WISH LIST ]    [ ADD TO CART ]

SUBTOTAL

**PRODUCT DESCRIPTION**

Special calendar for continuous printing on cut pieces and roll-fed fabrics.

Versions: 2200 mm

Mod. 97/99 - 1000 mm

Contact us for pricing information

📌 Save

👍 Like 0     🐦 Tweet

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:14:02 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:14:10 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 5e567cbf-dadf-420b-ad94-554e1b75a7f1 |
| User: | pb-mlyon |

# SUBLITECH store

LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

SEARCH...

SHOPPING CART

🏠 / SPARE PARTS / MONTI ANTONIO

## Monti Antonio



**BASE TYPE 026**
$0.00

**ELECTRONIC CARD BASE TYPE 022**
$0.00

**LIMIT SWITCH PIZZATO 2**
$0.00

**ALARM MICRO W10 N24VCA SIGNAL**
$0.00

**CONTACTOR LC1D8087 80 A**
$0.00

**ALARM HORN PRINTING AND COMPACTING**
$0.00

**CONE BLOCKIN ROLL D.70X34.4 (COMPLETE WITH HAND WH...**

**RING COLLECTOR DIAMETER 151XL.132COD.1302105**

**SHAFT**
$0.00

PREVIOUS 1 2 3 4 5 ... 8 NEXT

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio?page=2 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:14:16 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:14:24 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 3dd4da6b-17a1-4e10-87ae-3e69532eef11 |
| User: | pb-mlyon |

# SUBLITECH store

**PRODUCTS** ▾    **WELCOME TO OUR STORE**    **CONTACT US**    **PROMOTIONS**

SEARCH...    +

SHOPPING CART    🛒

⌂ / SPARE PARTS / MONTI ANTONIO

## Monti Antonio



**FLUSHING LIQUID 03**
$0.00

**MAINTENANCE KIT FOR FLUSHING LIQUID 03**
$0.00

**NOMEX TUBULAR FELT 901-2000**
$0.00

**TABLE FELT MODEL 203-180 X 130**
$0.00

**MOTOR FABRIC MVF 4005 230/400/60**
$0.00

**ROLL BLOCKING CONE DIAM. 90X50.4**
$0.00

**FELT FOR MODEL 855**
$0.00

**BLUE COVERS**
$0.00

**VALVE SOV 25 SOS 00**
$0.00

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

PREVIOUS 1 **2** 3 4 5 ... 8 NEXT

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio?page=3 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:14:41 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:14:48 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | d65cfd48-20cb-4cdc-9921-6eafd030a1db |
| User: | pb-mlyon |

PDF REFERENCE #:     8L7zeoH28z25qRGpqRLisT



SUBLITECH store

LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO    CONTACT US    PROMOTIONS
                OUR STORE

SEARCH...

⌂ / SPARE PARTS / MONTI ANTONIO

# Monti Antonio

SHOPPING CART 🛒

**VALVE SOV 23 SOS NC**
$0.00

**AIR REGULATOR MICRO BIT 1/4' 08 C.V.F.**
$0.00

**VALVE**
$0.00

**VALVE**
$0.00

**TUBE RETAINING SCREW**
$0.00

**MOTOR MV 4005 230/400/50**
$0.00

**MOTOR MV 4005 230/400/60**
$0.00

**MOTOR MVFK 4020 230/400/60**
$0.00

**RELAY OMRON MK 29-S 24 VCA**
$29.32

PREVIOUS  1  2  3  4  5  ...  8  NEXT

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio?page=4 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:14:53 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:15:00 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | dc35e964-b467-45da-b12d-72dfded2098b |
| User: | pb-mlyon |



LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO     CONTACT US     PROMOTIONS
               OUR STORE

🔍 SEARCH...                    +

SHOPPING CART     🛒

🏠 / SPARE PARTS / MONTI ANTONIO

## Monti Antonio

**RELAY MY4**
$0.00

**POTENTIOMETER AB-5K-CTS-3-91**
$0.00

**BASE SBC 015**
$0.00

**BASE SBC 022**
$0.00

**ELECTRONIC CARD E2NR/1**
$0.00

**MERCURY COLLECTOR MERCOTAC 205**
$0.00

**CONNECTION 592 FOR MERCOTAC**
$0.00

**CONNECTION 595 FOR MERCOTAC**
$0.00

**THERMOSTAT TMS431115000**
$0.00

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

PREVIOUS  1  2  3  **4**  5  6  7  8  NEXT

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio?page=5 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:15:15 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:15:42 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 5f97f05f-02dd-4cfd-8b80-dd255641541c |
| User: | pb-mlyon |




WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio?page=6 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:16:04 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:16:12 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 22ca11e9-c7e1-46fe-b4aa-7c5de4e2c324 |
| User: | pb-mlyon |



# Monti Antonio

## BRUSHES
$0.00

## BRUSH 1201088 231K
$26.38

## RELAY FINDER 4052 024 24VAC
$0.00

## RELAY 40.52 8.024.24AC
$0.00

## MODULE FOR EMERGENCY STOP XPSAT-5110
$0.00

## LIMIT SWITCH FL 231
$0.00

## PREVENTA XPSACS5121
$0.00

## COIL E 024 V 50/60 HZ BF-024A
$0.00

## MODULE FOR EMERGENCY STOP XPSAT-5110
$0.00

PREVIOUS 1 ... 4 5 6 7 8 NEXT

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio?page=7 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:16:29 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:16:36 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | d4f66859-70b3-4573-82a0-a6c5f3cdec40 |
| User: | pb-mlyon |

# SUBLITECH store

PRODUCTS ▾     WELCOME TO
OUR STORE     CONTACT US     PROMOTIONS

🔍 SEARCH... +

🏠 / SPARE PARTS / MONTI ANTONIO

SHOPPING CART 🛒

## Monti Antonio



**GREASE MONTI 71.1 (1KG CAN)**
$0.00

**GREASE 'MONTI 71.1' (5KGS CAN)**
$0.00

**BEARING Æ350-Æ500**
$0.00

**MONTI 91-3600 SQUARE SHAFT T-3600**
$0.00

**COMPLETE BREAK PAD**
$0.00

**SHAFT D=75 L=3795**
$0.00

**RING COLLECTOR**
$0.00

**AIR REGULATOR MICRO BIT**
$0.00

**NOMEX TUBULAR FELT 901-2000**
$0.00

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

PREVIOUS  1  ...  4  5  6  7  8  NEXT

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP
© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.

Document title: Monti Antonio - Sublitech Americas Inc.
Capture URL: http://store.sublitechamericas.com/spare-parts-monti-antonio?page=7
Capture timestamp (UTC): Tue, 13 Aug 2019 20:16:36 GMT


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio?page=8 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:16:47 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:16:55 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 9e85bea4-647a-4d74-b610-1f2b32a56e24 |
| User: | pb-mlyon |

# SUBLITECH store

PRODUCTS ▾   WELCOME TO OUR STORE   CONTACT US   PROMOTIONS

🔍 SEARCH... ＋

SHOPPING CART 🛒

⌂ / SPARE PARTS / MONTI ANTONIO

## Monti Antonio

YOUR CART IS EMPTY



TUBULAR FELT FOR MODEL 901-3600
$9.00

PRINTING PAPER FEED ROLL WITH STRIPES 98
$0.00

SUBTOTAL

CHECK OUT ⟶

EDIT CART

PREVIOUS 1 ... 4 5 6 7 8 NEXT

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio Mod. 108 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-108/dp/383 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:17:26 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:17:34 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 3f9a663d-e108-41cf-b966-fb3e531ab69b |
| User: | pb-mlyon |



SUBLITECH store

LOGIN / REGISTER

PRODUCTS ▾   WELCOME TO   CONTACT US   PROMOTIONS
             OUR STORE

SEARCH... +

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 108

SHOPPING CART 🛒

# Monti Antonio Mod. 108
*MONTI ANTONIO MOD. 108*

## $0.00
Available for order

YOUR CART IS EMPTY

**ADD TO WISH LIST**   **ADD TO CART**

PRODUCT DESCRIPTION

Single press for transfer printing and laminating.

Mod 108 - 1150mm x 750 mm

Contact us for pricing information

SUBTOTAL

**CHECK OUT →**

**EDIT CART**

💾 Save
👍 Like 0   🐦 Tweet

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.  ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio Mod. 9009 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-9009/dp/384 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:17:39 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:17:47 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 7ca423df-b5bd-4b15-8b25-60eacd335b12 |
| User: | pb-mlyon |

PDF REFERENCE #:     nHGXMZ4XzVCTcRq3gx2bjv

# SUBLITECH store

PRODUCTS ▾    WELCOME TO    CONTACT US    PROMOTIONS
              OUR STORE

SHOPPING CART  🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 9009



## Monti Antonio Mod. 9009
*MONTI ANTONIO MOD. 9009*

### $0.00
Available for order

YOUR CART IS EMPTY

[ ADD TO WISH LIST ]    [ ADD TO CART ]

SUBTOTAL

PRODUCT DESCRIPTION

Press with double heated plates for transfer printing.

Versions: (1500 mm x 1000 mm) x 2

Contact us for pricing information

📌 Save
👍 Like 0   🐦 Tweet

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.

Case 3:19-cv-00412-MOC-DSC   Document 1-4   Filed 08/22/19   Page 39 of 81


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 9010 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-9010/dp/385 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:18:02 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:18:11 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 8958aae0-a40e-4dc3-b019-a964f2abc01b |
| User: | pb-mlyon |



SUBLITECH**store**

LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

🔍 SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 9010

## Monti Antonio Mod. 9010

*MONTI ANTONIO MOD. 9010*

## $0.00

Available for order

YOUR CART IS EMPTY

**ADD TO WISH LIST**    **ADD TO CART**

PRODUCT DESCRIPTION

Double press for transfer printing and laminating - plus vacuum.

Versions: (1500 mm x 1000 mm) x 2

Contact us for pricing information

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

📌 Save

👍 Like 0   🐦 Tweet

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 200 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-200/dp/386 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:18:33 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:18:49 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 3739c87d-e139-4a46-8458-fc7fd2dd4c73 |
| User: | pb-mlyon |

# SUBLITECH store

PRODUCTS ▾  WELCOME TO OUR STORE  CONTACT US  PROMOTIONS

🔍 SEARCH... +

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 200

SHOPPING CART 🛒



📌 Save

👍 Like 0  🐦 Tweet

## Monti Antonio Mod. 200

MONTI ANTONIO MOD. 200

## $0.00

Available for order

ADD TO WISH LIST | ADD TO CART

PRODUCT DESCRIPTION

Double press for transfer printing and laminating.

**Optional vacuum system**

Versions: (1800 mm x 1300 mm) x 2, (2000 mm x 1500 mm) x 2, (2250 mm x 1600 mm) x 2, (2600 mm x 1600 mm) x 2, (3100 mm x 1600 mm) x 2, (3600 mm x 1600 mm) x 2, (4050 mm x 1600 mm) x 2, (5200 mm x 2200 mm) x 2

Contact us for pricing information

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 77/78 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-77-78/dp/376 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:18:54 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:19:02 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | f91df653-2c86-431a-b30f-0f226253c9a9 |
| User: | pb-mlyon |



SHOPPING CART 🛒

# Monti Antonio Mod. 77/78

*MONTI ANTONIO MOD. 77/78*

$0.00

Available for order

**ADD TO WISH LIST**    **ADD TO CART**

YOUR CART IS EMPTY

SUBTOTAL

**CHECK OUT →**

**EDIT CART**

PRODUCT DESCRIPTION

Non modular reactivation cylinder for direct-to-textile inks.

Versions: 1800 mm, 2600 mm, 3000 mm, 3600 mm

mod.77 - 200 mm
mod.78 - 350 mm

Contact us for pricing information

ORDER LOOKUP

WISH LIST

📌 Save
👍 Like 0   🐦 Tweet

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 76 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-76/dp/374 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:19:14 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:19:33 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 569d3d48-8f3b-4fd0-a0b7-40d79352c162 |
| User: | pb-mlyon |

# SUBLITECH store

PRODUCTS ▾ | WELCOME TO OUR STORE | CONTACT US | PROMOTIONS

SEARCH...

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 76



## Monti Antonio Mod. 76
*MONTI ANTONIO MOD. 76*

**$0.00**

Available for order

YOUR CART IS EMPTY

| ADD TO WISH LIST | ADD TO CART |

SUBTOTAL

PRODUCT DESCRIPTION

Calendar for printing ribbons and narrow continuous materials.

Version: 300 mm

Contact us for pricing information

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

📌 Save
👍 Like 0 | 🐦 Tweet

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.  ALL RIGHTS RESERVED.



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 75 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-75/dp/377 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:19:49 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:19:57 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 8f9a4f7a-8484-459c-9b97-574e1ba030cb |
| User: | pb-mlyon |

PDF REFERENCE #:         nb847zMaZJKT49aeC5maQZ

LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

🔍 SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 75



Save

👍 Like 0   🐦 Tweet

# Monti Antonio Mod. 75

*MONTI ANTONIO MOD. 75*

## $0.00
Available for order

**ADD TO WISH LIST**    **ADD TO CART**

**PRODUCT DESCRIPTION**

Modular calendar for transfer printing, reactiviation, and "crush" heatsetting.

Versions: 1800 mm

mod. 75 - 200 mm

Contact us for pricing information

YOUR CART IS EMPTY

SUBTOTAL

**CHECK OUT →**

**EDIT CART**

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 72 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-72/dp/378 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:20:04 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:20:13 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | c61efb09-7485-4f00-b904-fab54dd1ef3d |
| User: | pb-mlyon |

PRODUCTS ▾    WELCOME TO    CONTACT US    PROMOTIONS
              OUR STORE

🔍 SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 72



📌 Save
👍 Like 0    🐦 Tweet

# Monti Antonio Mod. 72

*MONTI ANTONIO MOD. 72*

## $0.00

Available for order

**ADD TO WISH LIST**    **ADD TO CART**

**PRODUCT DESCRIPTION**

Calendar for transfer printing, reactivation, and "crush" heatsetting.

Versions: 1800 mm, 2600 mm, 3000 mm, 3600 mm

Mod. 72 - 200 mm

Contact us for pricing information

YOUR CART IS EMPTY

SUBTOTAL

**CHECK OUT** ⟶

**EDIT CART**

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.

Case 3:19-cv-00412-MOC-DSC    Document 1-4    Filed 08/22/19    Page 51 of 81



| | |
|---|---|
| Document title: | Monti Antonio Mod. 70/73 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-70-73/dp/375 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:20:58 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:21:06 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 43e8e4c3-3c8a-4c0f-860b-aec1151cb33a |
| User: | pb-mlyon |



PRODUCTS ▾    WELCOME TO    CONTACT US    PROMOTIONS
OUR STORE

SEARCH... +

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 70/73

SHOPPING CART 🛒

# Monti Antonio Mod. 70/73

*MONTI ANTONIO MOD. 70/73*

## $0.00

Available for order

YOUR CART IS EMPTY

**ADD TO WISH LIST**    **ADD TO CART**

SUBTOTAL

PRODUCT DESCRIPTION

Calendar for printing ribbons and narrow continuous materials.

Versions: 750 mm

mod. 70 - 500 mm
mod. 73 - 1000 mm

Contact us for pricing information

**CHECK OUT** →

**EDIT CART**

ORDER LOOKUP

WISH LIST

📌 Save
👍 Like 0    🐦 Tweet

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 96/98 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-96-98/dp/381 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:22:04 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:22:14 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 091b47a7-543c-48b9-8f69-fe0ff9b9bacc |
| User: | pb-mlyon |

**SUBLITECH** store

PRODUCTS ▾    WELCOME TO    CONTACT US    PROMOTIONS
OUR STORE

SEARCH... +

🛒 SHOPPING CART

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO MOD. 96/98



# Monti Antonio Mod. 96/98

*MONTI ANTONIO MOD. 96/98*

## $0.00

Available for order

YOUR CART IS EMPTY

[ ADD TO WISH LIST ]    [ ADD TO CART ]

SUBTOTAL

PRODUCT DESCRIPTION

Special calendar for continuous transfer printing on cut pieces and roll-fed fabrics.

Versions: 2200 mm

Mod. 96/98 - 500 mm

Contact us for pricing information

CHECK OUT →

EDIT CART

📌 Save
👍 Like 0    🐦 Tweet

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.

Case 3:19-cv-00412-MOC-DSC   Document 1-4   Filed 08/22/19   Page 55 of 81


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Heat Presses : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/equipment-heat-presses?page=3 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:22:54 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:23:02 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 46824b28-73e9-4914-b5fc-6eb43784d157 |
| User: | pb-mlyon |

PRODUCTS ▾    WELCOME TO     CONTACT US     PROMOTIONS
               OUR STORE

🔍 SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES

# Heat Presses

Subcategories: Monti Antonio

YOUR CART IS EMPTY



**MONTI ANTONIO MOD. 70/73**
$0.00

SUBTOTAL

CHECK OUT ⟶

EDIT CART

PREVIOUS **1 2 3** NEXT

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 95 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-95/dp/380 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:25:03 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:25:11 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | bac6aaa7-4074-458f-974d-ea4f02110ff7 |
| User: | pb-mlyon |

# SUBLITECHstore

PRODUCTS ▾  WELCOME TO OUR STORE  CONTACT US  PROMOTIONS

SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 95



Save
👍 Like 0   🐦 Tweet

## Monti Antonio Mod. 95
*MONTI ANTONIO MOD. 95*

**$0.00**
Available for order

| ADD TO WISH LIST | ADD TO CART |
|---|---|

**PRODUCT DESCRIPTION**

Calendar for transfer of wide fabrics, with allignment of 2 x 1600 mm papers side by side.

Versions: 3600 mm

Mod. 95 - 500 mm
Mod. 95 - 1000 mm

Contact us for pricing information

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.

Document title: Monti Antonio Mod 95 Sublitech store Americas Inc
Capture URL: http://store.sublitechamericas.com/monti-antonio-mod-95/dp/380
Capture timestamp (UTC): Tue, 13 Aug 2019 20:25:11 GMT


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio 91-2000 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-91-2000/dp/226 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:29:06 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:29:14 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 64380fef-0c28-45f0-b149-86b5cc44fe38 |
| User: | pb-mlyon |

# SUBLITECH store

**PRODUCTS** ▾  **WELCOME TO OUR STORE**  **CONTACT US**  **PROMOTIONS**

🔍 SEARCH... +

SHOPPING CART 🛒

🏠 / PRE-OWNED EQUIPMENT / HEAT PRESSES / MONTI ANTONIO 91-2000



📌 Save
👍 Like 0   🐦 Tweet

## Monti Antonio 91-2000
*MONTI ANTONIO 91-2000 - PRE-OWNED 1*

**$42,500.00**
Available for order

**ADD TO WISH LIST**    **ADD TO CART**

PRODUCT DESCRIPTION

Serial #: 91-242
220-3-60HZ

This extensive range of calenders has been designed for continuous printing of curtains, furnishing fabrics and non-wovens, but also limited runs of promotional materials, narrow fabrics and ribbons. All of these machines can be used additionally for heatsetting fabrics and "crush" effects, likewise for reactivating inks applied direct to textiles by digital plotters or screen printing machines.

YOUR CART IS EMPTY

SUBTOTAL

**CHECK OUT** →

**EDIT CART**

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. . ALL RIGHTS RESERVED.



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 75T : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-75t/dp/277 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:29:39 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:29:47 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | ae474d82-a137-44b2-96dd-7229f2db6197 |
| User: | pb-mlyon |

PDF REFERENCE #:                    je3ytGwkaXzozUEdRfr1JF

# SUBLITECH store

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

🔍 SEARCH...    ＋

SHOPPING CART    🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 75T



Save
👍 Like 0    🐦 Tweet

## Monti Antonio Mod. 75T
*MONTI ANTONIO MOD. 75T*

### $0.00
Available for order

**ADD TO WISH LIST**    **ADD TO CART**

PRODUCT DESCRIPTION

Special calendar for continuous transfer printing on cut pieces and roll-fed fabrics.

Versions: 1800 mm

Mod. 75T - 200 mm

Contact us for pricing information

YOUR CART IS EMPTY

SUBTOTAL

**CHECK OUT** →

**EDIT CART**

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.

Case 3:19-cv-00412-MOC-DSC   Document 1-4   Filed 08/22/19   Page 63 of 81


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 853 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-853/dp/281 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:29:54 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:30:03 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 4af93aae-9521-46d3-ab4a-f542b8ce8f1f |
| User: | pb-mlyon |

LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 853



Save
👍 Like 0    🐦 Tweet

## Monti Antonio Mod. 853
*MONTI ANTONIO MOD. 853*

## $0.00
Available for order

[ ADD TO WISH LIST ]    [ ADD TO CART ]

YOUR CART IS EMPTY

SUBTOTAL

PRODUCT DESCRIPTION

Special calendar for continous transfer priting on cut pieces and roll-fed fabrics.

Versions: 1800 mm

Mod. 853 - 350 mm

Please call for pricing information.

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio Mod. 90S : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-90s/dp/283 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:30:13 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:30:21 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 42fdf169-40d2-467d-8498-7f4234ee4cd9 |
| User: | pb-mlyon |

# SUBLITECHstore

LOGIN / REGISTER

PRODUCTS ▾     WELCOME TO     CONTACT US     PROMOTIONS
                OUR STORE

SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 90S



## Monti Antonio Mod. 90S

*MONTI ANTONIO MOD. 90S*

**$0.00**

Available for order

ADD TO WISH LIST

ADD TO CART

**PRODUCT DESCRIPTION**

Double press for transfer and laminating.

Versions: (1300 mm x 900mm) x 2, (1500 mm x 1000 mm) x 2, (1800 mm x 1300 mm) x 2

Contact us for pricing information

📌 Save

👍 Like 0    🐦 Tweet

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.



| | |
|---|---|
| Document title: | Monti Antonio Mod. 901 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-901/dp/284 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:30:26 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:30:34 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 2864a338-5ba3-4577-9997-31138385e5be |
| User: | pb-mlyon |



## SUBLITECH store

LOGIN / REGISTER

PRODUCTS | WELCOME TO OUR STORE | CONTACT US | PROMOTIONS

SEARCH...

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 901

## Monti Antonio Mod. 901

*MONTI ANTONIO MOD. 901*

**$0.00**
Available for order

YOUR CART IS EMPTY

ADD TO WISH LIST | ADD TO CART

SUBTOTAL

PRODUCT DESCRIPTION

Calendar for transfer printing, reactivation, and "crush" heatsetting.

Versions: 2000 mm, 2600 mm, 3000 mm, 3600 mm

Mod. 901 - 350 mm

Please call for pricing information.

Save
👍 Like 0  🐦 Tweet

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 91 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-91/dp/285 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:30:40 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:30:48 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 1daff9e5-9f11-4005-8cdd-25c742a84c93 |
| User: | pb-mlyon |

# SUBLITECH store

🔍 SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 91



## Monti Antonio Mod. 91
*MONTI ANTONIO MOD. 91*

**$0.00**
Available for order

YOUR CART IS EMPTY

[ ADD TO WISH LIST ]    [ ADD TO CART ]

SUBTOTAL

**PRODUCT DESCRIPTION**

Calendar for transfer printing, reactivation, and "crush" heatsetting.

CHECK OUT →

Versions: 2000 mm, 2600 mm, 3000 mm, 3600 mm, 4400 mm, 5200 mm

EDIT CART

Mod. 91 - 500 mm

Contact us for pricing information

ORDER LOOKUP

WISH LIST

📌 Save
👍 Like 0   🐦 Tweet

SUBLITECH AMERICAS INC.                              MON - SAT: 9AM-9PM
                                                                803 684-2321
CHARLOTTE, NC 28205                          JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP
© COPYRIGHT 2019 SUBLITECH AMERICAS INC.  ALL RIGHTS RESERVED.

Case 3:19-cv-00412-MOC-DSC   Document 1-4   Filed 08/22/19   Page 71 of 81



| | |
|---|---|
| Document title: | Monti Antonio Mod. 855 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-855/dp/234 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:30:53 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:31:01 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 5a441573-e754-4f38-aa5f-67b454126f61 |
| User: | pb-mlyon |

# SUBLITECH store

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 855



👍 Like 0   🐦 Tweet
📌 Save

## Monti Antonio Mod. 855
*MONTI ANTONIO MOD. 855*

### $0.00
Available for order

**ADD TO WISH LIST**   **ADD TO CART**

**PRODUCT DESCRIPTION**

Special calendar for continuous transfer printing on cut pieces and roll-fed fabrics.

Versions: 2200 mm

Mod. 855 - 500 mm

YOUR CART IS EMPTY

SUBTOTAL

**CHECK OUT** →

**EDIT CART**

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC.. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 902 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-902/dp/379 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:31:08 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:31:25 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 6828f084-3986-4160-babf-07397463acc3 |
| User: | pb-mlyon |

LOGIN / REGISTER

PRODUCTS ▾    WELCOME TO OUR STORE    CONTACT US    PROMOTIONS

🔍 SEARCH... +

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 902

SHOPPING CART 🛒



# Monti Antonio Mod. 902
*MONTI ANTONIO MOD. 902*

## $0.00
Available for order

YOUR CART IS EMPTY

[ ADD TO WISH LIST ]  [ ADD TO CART ]

SUBTOTAL

**PRODUCT DESCRIPTION**

Calendar for transfer printing, reactivation, and "crush" heatsetting.

Versions: 2000 mm, 2600 mm, 3000 mm, 3600 mm, 4400 mm, 5200 mm

Mod. 902 - 1000 mm

Contact us for pricing information

CHECK OUT →

EDIT CART

ORDER LOOKUP

WISH LIST

📌 Save
👍 Like 0   🐦 Tweet

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio Mod. 97/99 : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/monti-antonio-mod-97-99/dp/382 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:31:30 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:31:38 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | ae3e3157-0f36-4a60-9c1a-c32c6bfe3228 |
| User: | pb-mlyon |

# SUBLITECHstore

PRODUCTS ▼ | WELCOME TO OUR STORE | CONTACT US | PROMOTIONS

🔍 SEARCH... +

SHOPPING CART 🛒

🏠 / EQUIPMENT / HEAT PRESSES / MONTI ANTONIO / MONTI ANTONIO MOD. 97/99



## Monti Antonio Mod. 97/99
*MONTI ANTONIO MOD. 97/99*

YOUR CART IS EMPTY

**$0.00**
Available for order

📌 Save

👍 Like 0 | 🐦 Tweet

**ADD TO WISH LIST** | **ADD TO CART**

SUBTOTAL

**PRODUCT DESCRIPTION**

Special calendar for continuous printing on cut pieces and roll-fed fabrics.

Versions: 2200 mm

Mod. 97/99 - 1000 mm

Contact us for pricing information

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.

Case 3:19-cv-00412-MOC-DSC   Document 1-4   Filed 08/22/19   Page 77 of 81



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:31:43 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:31:51 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 8e71b3ce-2e53-495d-ae1c-4124c665b8e7 |
| User: | pb-mlyon |

# SUBLITECH store

PRODUCTS ▾ | WELCOME TO OUR STORE | CONTACT US | PROMOTIONS

🔍 SEARCH... +

🏠 / SPARE PARTS / MONTI ANTONIO

SHOPPING CART 🛒

## Monti Antonio

YOUR CART IS EMPTY

SUBTOTAL

CHECK OUT ⟶

EDIT CART

ORDER LOOKUP

WISH LIST



| | | |
|---|---|---|
| BASE TYPE 026 $0.00 | ELECTRONIC CARD BASE TYPE 022 $0.00 | LIMIT SWITCH PIZZATO 2 $0.00 |
| ALARM MICRO W10 N24VCA SIGNAL $0.00 | CONTACTOR LC1D8087 80 A $0.00 | ALARM HORN PRINTING AND COMPACTING $0.00 |
| CONE BLOCKIN ROLL D.70X34.4 (COMPLETE WITH HAND WH... | RING COLLECTOR DIAMETER 151XL.132COD.1302105 | SHAFT $0.00 |

PREVIOUS 1 2 3 4 5 ... 8 NEXT

SUBLITECH AMERICAS INC.

CHARLOTTE, NC 28205

MON - SAT: 9AM-9PM
803 684-2321
JHARRIS@SUBLITECHAMERICAS.COM

ABOUT US / PRIVACY POLICY / TERMS AND CONDITIONS / SITEMAP

© COPYRIGHT 2019 SUBLITECH AMERICAS INC. ALL RIGHTS RESERVED.


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Monti Antonio : Sublitech Americas Inc. |
| Capture URL: | http://store.sublitechamericas.com/spare-parts-monti-antonio?page=2 |
| Captured site IP: | 50.62.246.1 |
| Page loaded at (UTC): | Tue, 13 Aug 2019 20:31:57 GMT |
| Capture timestamp (UTC): | Tue, 13 Aug 2019 20:32:06 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | c0b13b79-9966-43b9-9a89-725827260213 |
| User: | pb-mlyon |



Case 9:19-cv-06412-MOC-DSC   Document 1-4   Filed 08/22/19   Page 81 of 81