# EXHIBIT E



# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jun 12 05:21:02 EDT 2019

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ☐  OR  Jump  to record: ☐  **Record 11 out of 74**

( Use the "Back" button of the Internet Browser to return to TESS)

# MONTI ANTONIO

| | |
|---|---|
| **Word Mark** | MONTI ANTONIO |
| **Translations** | The English translation of "**MONTI**" in the mark is "MOUNTS" |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: Industrial machine presses; Textile-finishing calenders; Machine pressers and calenders used to reactivate inks printed on textiles; Industrial flat press machines for pressing and laminating; Bonding and laminating calenders; Industrial hot-melt laminating machines; Steam engine boilers; Machines for dyeing textiles. FIRST USE: 19590103. FIRST USE IN COMMERCE: 19880722 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86747191 |
| **Filing Date** | September 3, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 8, 2016 |
| **Registration Number** | 4963161 |
| **Registration Date** | May 24, 2016 |
| **Owner** | |

| | |
|---|---|
| | (REGISTRANT) MONTI ANTONIO S.p.A. JOINT STOCK COMPANY ITALY Via Dell'Elettronica, 5 Thiene (VI) ITALY 36016 |
| **Attorney of Record** | |
| **Prior Registrations** | 3705555 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY