| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP (Boston)<br>Andrew M. Williamson, Esq. (Motion for Pro Hac Vice Pending)<br>1 Liberty Square<br>Boston, MA 02109<br>Telephone No: (617) 674-0078<br>Attorney For: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
USDC Western District of North Carolina

Plaintiff: Monti Antonio SPA
Defendant: Sublitech, Inc. dba Sublitech Americas Inc. et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:19-cv-412 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Verified Complaint, Case Assignment Packet

3. a. Party served: John E. Carroll
   b. Person served: John E Carroll, served under F.R.C.P. Rule 4.

4. Address where the party was served: 530 Thomaston St, Barnesville, GA 30204

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Aug 28 2019 (2) at: 08:10 PM

6. **Person Who Served Papers:**
   a. David Flury
   b. **FIRST LEGAL**
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/30/2019 (Date)       (Signature)

PROOF OF SERVICE

3708819
(321306)