UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MONTI ANTONIO S.P.A., | : |
| Plaintiff, | : |
| v. | : Civ. A. No. 3:19-cv-412 |
| SUBLITECH, INC. d/b/a SUBLITECH AMERICAS, INC., *et al.* | : |
| Defendants. | : |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55(b)(1), Plaintiff Monti Antonio S.P.A. ("Monti Antonio"), through the undersigned counsel, moves for a Clerk's entry of default judgment. Monti Antonio seeks judgment in the amount of $500,751.65, with prejudgment interest and costs, jointly and severally against the defendants. In the alternative, Monti Antonio moves for entry of judgment in that amount by the Court under Fed. R. Civ. P. 55(b)(2). In support thereof, Monti Antonio files contemporaneously hereto a Memorandum of Law in Support and a Declaration.

Dated: May 18, 2020                                    Respectfully submitted,


                                                       /s/ Abbey M. Krysak
                                                       Theodore J. Folkman
                                                       (*Admitted Pro Hac Vice*)
                                                       **FOLKMAN LLC**
                                                       53 State Street, Suite 500
                                                       Boston, MA 02109
                                                       617-219-9664
                                                       ted@folkman.law
                                                       *Counsel for Plaintiff*

                                                       Bo Caudill (NC Bar No. 45104)
                                                       Abbey M. Krysak (NC Bar No. 46281)
                                                       **Weaver Bennett & Bland, P.A.**
                                                       196 N. Trade Street
                                                       Matthews, NC 28105
                                                       704-844-1400 – Telephone
                                                       704-845-1503 – Facsimile
                                                       bcaudill@wbbatty.com
                                                       *Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of May, 2020, I caused a copy of the foregoing to be e-filed and served via the Court's electronic filing system to all parties and counsel receiving electronic service, and served the foregoing via first class mail on the following:

Sublitech, Inc., d/b/a Sublitech Americas, Inc.
C/O John E. Carroll, President
530 Thomaston Street
Barnesville, GA 30204
*Defendant*

John E. Carroll
530 Thomaston Street
Barnesville, GA 30204
*Defendant*

            /s/ Abbey M. Krysak
            Abbey M. Krysak