UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CV-412

| | |
|---|---|
| MONTI ANTONIO S.P.A., | ) |
| Plaintiff | ) |
| v. | ) |
| SUBLITECH, INC. d/b/a SUBLITECH AMERICAS, INC., *et al.* | ) |
| Defendants | ) |

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 23). Having considered Plaintiff's Motion, Memorandum (Doc. No. 24), and Affidavits in Support (Docs. Nos. 23-1 – 23-8), and for good cause shown, the Court **GRANTS** Plaintiff's Motion under Fed. R. Civ. P. 55(b)(2). Accordingly, Plaintiff shall be permitted to recover $500,751.65 from the Defendants, jointly and severally, with prejudgment interest from August 22, 2019, and costs. The Clerk is respectfully DIRECTED to ENTER JUDGMENT and CLOSE THE CASE.

**IT IS SO ORDERED.**

Signed: July 22, 2020

Max O. Cogburn Jr.
United States District Judge