# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Monti Antonio S.P.A., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00412-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| John E. Carroll | ) | |
| Sublitech, Inc., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 22, 2020 Order.

July 22, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court